No. 887, Misc. SCOTT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 891, Misc. HOUSE v. MAYO, STATE PRISON CUSTODIAN. C. A. 5th Cir. Certiorari denied. ▮

No. 897, Misc. KAMROWSKI v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 908, Misc. PHILLIPS v. KANSAS ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 909, Misc. OPPENHEIMER v. SOUTHERN PACIFIC Co. ET AL. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied.

No. 913, Misc. BUNDY v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 916, Misc. DE STEFANO v. NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 922, Misc. GRAY, BY JOHNSON, ADMINISTRATRIX, ET AL. v. ST. MARYS KRAFT CORP. ET AL. Supreme Court of Florida. Certiorari denied. *J. B. Hodges* and *Alex Akerman, Jr.* for petitioners. *W. Brantley Brannon* for respondents. ▮

No. 936, Misc. HILL v. NEW MEXICO. Supreme Court of New Mexico. Certiorari denied.